**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DINA SCHMAHL | ) | 3:10-CV-01082-JCH |
|    Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MIDLAND FUNDING, LLC & | ) | |
| BANK OF AMERICA, N.A. | ) | |
|    Defendants | ) | |
| | ) | FEBRUARY 14, 2011 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Dina Schmahl, through her attorney, and the defendants, Midland Funding, LLC and Bank of America, N.A., through their attorneys, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

                              Plaintiff, Dina Schmahl

                              By /s/Daniel S. Blinn
                              Daniel S. Blinn  (ct02188)
                              Consumer Law Group, LLC
                              35 Cold Spring Road, Suite 512
                              Rocky Hill, CT  06067
                              (860) 571-0408
                              Fax: (860) 571-7457
                              dblinn@consumerlawgroup.com

Defendant, Midland Funding, LLC

By /s/ Jill E. Alward
Jill E. Alward, Esq.  ct27051
Thomas Leghorn, Esq.  ct22106
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
1010 Washington Blvd., 8th Floor
Stamford, CT  06901-2022
Tel. (203) 388-9100
Fax. (203) 388-9101
Jill.Alward@wilsonelser.com
Thomas.Leghorn@wilsonelser.com

Defendant, Bank of America, N.A.

By /s/ Katherine E. Abel, Esq.
Katherine E. Abel, Esq. (ct 027117)
Krasow, Garlick & Hadley, LLC
One Financial Plaza
Hartford, CT 06104
Tel. (860) 549-7100
Fax. (860 728-1651
kabel@krasowgarlick.com

**CERTIFICATION**

I hereby certify that on this 14th day of February, 2011, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn